UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICOLAS NOORDHOF,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 07-6208-HA

JUDGMENT

HAGGERTY, Chief Judge:

Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

IT IS SO ORDERED.

DATED this  3  day of November, 2008.

                                    /s/ ANCER L. HAGGERTY
                                      ANCER L. HAGGERTY
                                      United States District Judge

1- JUDGMENT