Kathryn Tassinari, OSB # 80115
Mark Manning, OSB # 00311
kathrynt50@comcast.net
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette, Suite 200
Eugene, OR  97401
(541) 686-1969
Of Attorneys for Plaintiff

FILED'10 JUN 16 11:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICOLAS L. NOORDHOF,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 07-6208-HA<br><br>ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $13,491.75 for attorney fees pursuant to 42 U.S.C. §406(b). The Commissioner shall deduct from $13,491.75 an administrative assessment

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 1

under 42 USC §406(d) and pay Plaintiff's counsel the balance. In addition, plaintiff's counsel shall refund the EAJA fee of $5,648.36 awarded herein to Plaintiff.

IT IS SO ORDERED this _16_ day of _June_ 2010.

_____
U.S. District Judge

PRESENTED BY:

HARDER, WELLS, BARON & MANNING, P.C.

By: s/ Kathryn Tassinari
    Of Attorneys for Plaintiff

ORDER APPROVING MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.§406(b)
- 2